| | |
|---|---|
| Joshua B. Swigart (SBN 225557)<br>Josh@SwigartLawGroup.com<br>**SWIGART LAW GROUP, APC**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA  92108<br>P: 866-219-3343<br>F: 866-219-8344 | Daniel G. Shay (SBN 250548)<br>DanielShay@TCPAFDCPA.com<br>**LAW OFFICE OF DANIEL G. SHAY**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA  92108<br>P: 619-222-7429<br>F: 866-431-3292 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YRASEMA ORTIZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>VANGUARD MARKETING CORPORATION,<br><br>    Defendant. | CASE No: 3:22-cv-01685-L-JLB<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

1

Notice of Voluntary Dismissal

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Yrasema Ortiz ("Plaintiff") voluntarily dismisses this action against Defendant Vanguard Marketing Corporation ("Defendant") without prejudice.

                                                                                Respectfully submitted,

Date: February 13, 2023                LAW OFFICE OF DANIEL G. SHAY

                                                         By:   s/ Daniel G. Shay
                                                                  Daniel G. Shay, Esq.
                                                                  DanielShay@TCPAFDCPA.com
                                                                  Attorney for Plaintiff